■ PETER E. TUCCIARELLO et al., Respondents, v IRONWIL ASSOCIATES, Appellant and Third-Party Plaintiff. LECHTERS HOUSEWARES, INC., et al., Third-Party Defendants-Appellants. (Appeal No. 1.) [612 NYS2d 981] —Judgment unanimously affirmed with costs. Memorandum: The jury's award of damages to plaintiffs does not deviate materially from what would be reasonable compensation (see, CPLR 5501 [c]; Suarez v City of New York, 186 AD2d 415).

■ PETER E. TUCCIARELLO et al., Plaintiffs, v IRONWIL ASSOCIATES, Defendant, et al., Third-Party Plaintiff, et al., Third-Party Defendants. MONROE PIPING AND SHEET METAL, INC., Fourth-Party Plaintiff-Appellant, v WILMORITE, INC., Fourth-Party Defendant-Respondent. (Appeal No. 3.) [612 NYS2d 982] —Order unanimously affirmed with costs. Same Memorandum as in Tucciarello v Ironwil Assocs. ([appeal No. 1] 202 AD2d 1039 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Dismiss Fourth-Party Com-

plaint.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.